*Filed THIS 6th day of February, 2015, in open court.*
*— K&2*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., *Plaintiff*, v. COMCAST CABLE COMMUNICATIONS, LLC and COMCAST IP PHONE, LLC *Defendants*. | C. A. No.: 1:12-cv-1013-RGA<br><br>DEMAND FOR JURY TRIAL |

## VERDICT FORM

1

In answering these questions, you are to follow all of the instructions I have given you in the Court's charge. As used herein, "Sprint" means Sprint Communications Company L.P. As used herein, "Comcast" means Comcast Cable Communications, LLC and Comcast IP Phone, LLC.

I.  **INFRINGEMENT**

**Question 1:** Did Sprint prove by a preponderance of the evidence that Comcast infringed one or more of the five asserted claims of the '605 Patent and the '339 Patent? (A "yes" answer is a decision in favor of Sprint, and a "no" answer is a decision in favor of Comcast.)

**X** Yes   ____ No

*If you answered "Yes" to Question 1, mark the specific regions that infringed and which claim or claims they infringed, and then continue to Question 2. (A checked box is a decision in favor of Sprint, and a box left blank is a decision in favor of Comcast.)*

*If you answered "No" to Question 1, do not mark the chart below and do not answer Question 2.*

|  | '605 Patent | '339 Patent | | | |
|---|---|---|---|---|---|
|  | 1 | 1 | 7 | 17 | 22 |
| Atlanta | ✓ | ✓ | ✓ | ✓ | ✓ |
| Baltimore | ✓ | ✓ | ✓ | ✓ | ■ |
| Boston | ✓ | ✓ | ✓ | ✓ | ✓ |
| Chicago | ✓ | ✓ | ✓ | ✓ | ✓ |
| Denver | ✓ | ✓ | ✓ | ✓ | ✓ |
| Philadelphia | ✓ | ✓ | ✓ | ✓ | ■ |
| Portland | ✓ | ✓ | ✓ | ✓ | ✓ |
| San Francisco | ✓ | ✓ | ✓ | ✓ | ✓ |
| Seattle | ✓ | ✓ | ✓ | ✓ | ✓ |

## II.     DAMAGES

### Question 2:

*Only answer Question 2 if you have found that Comcast infringed one or more of the five asserted claims.*

What is the amount of damages you have determined for infringement of the '605 Patent and/or the '339 Patent?

$ __27,600,000.00__

__2/6/15__
Date


___
Foreperson's signature.


*This is the end of the verdict form. When you have completed the verdict form, please alert the Court Security Officer.*

3