IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY LP, : :   : Plaintiff, : : v. : : COMCAST CABLE COMMUNICATIONS LLC, et al., : : Defendants. : | Civil Action No. 12-1013-RGA |

## JUDGMENT

This 6th day of February 2015, the Court having held a jury trial, and the jury having rendered a verdict, pursuant to Fed. R. Civ. P. 58(b)(2), IT IS HEREBY ORDERED that:

Judgment is entered for Plaintiff Sprint Communications Company L.P. and against Defendants Comcast Cable Communications, LLC and Comcast IP Phone, LLC on Counts I and II of the Complaint (D.I. 18) in the amount of twenty-seven million six hundred thousand dollars ($27,600,000).

*Richard G. Andrews*
United States District Judge