IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SPRINT COMMUNICATIONS COMPANY L.P.,

    Plaintiff,

v.

COMCAST IP HOLDINGS, LLC, et al.,

    Defendants.

Civil Action No. 12-1013-RGA

ORDER

For the reasons set forth in the accompanying memorandum opinion, Comcast's motion for judgment as a matter of law (D.I. 289) is **GRANTED** with respect to non-infringement of all the asserted claims for every accused network. In the alternative, Comcast's motion for a new trial (*Id.*) is **GRANTED** on the issue of infringement. Sprint's motion for prejudgment and post-judgment interest (D.I. 285) is **DISMISSED AS MOOT**.

Entered this 7 day of August, 2015.

*Richard G. Andrews*
United States District Judge