**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P.,<br><br>*Plaintiff*,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC and COMCAST IP PHONE, LLC,<br><br>*Defendants*. | C. A. No. 1:12-cv-1013-RGA |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Sprint Communications Company L.P. ("Sprint") hereby files this appeal to the United States Court of Appeals for the Federal Circuit.

Sprint appeals from the following orders:

(1.) the District Court's January 28, 2014 Memorandum Opinion (D.I. 116) and February 4, 2014 Claim Construction Order (D.I. 119);

(2.) the District Court's January 30, 2015 Memorandum Order (D.I. 252);

(3.) the District Court's January 29, 2015 Memorandum Order (D.I. 243) and February 2, 2015 Stipulation and Order (D.I. 256); and

(4.) the District Court's August 7, 2015 Memorandum Opinion (D.I. 319) and August 7, 2015 Order (D.I. 320).

Consistent with Rule 4(a)(4) of the Federal Rules of Appellate Procedure, this Notice of Appeal is being filed within 30 days of the entry of the District Court's August 7, 2015 Order.

Submitted herewith is payment in the amount for $505, representing the $500 docketing fee as required by 28 U.S.C. § 1913 and Rule 3(e) of the Federal Rules of Appellate Procedure, and the $5 fee for filing a Notice of Appeal required by 28 U.S.C. § 1917 and the local rules of this Court.

September 4, 2015

Respectfully submitted,

*/s/ Richard K. Herrmann*

Richard K. Herrmann (DE #405)
Mary B. Matterer (DE #2696)
**MORRIS JAMES LLP**
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
T: 302.888.6800
F: 302.571.1750
rherrmann@morrisjames.com
mmatterer@morrisjames.com

**SHOOK, HARDY & BACON LLP**
B. Trent Webb (*pro hac vice*)
Aaron Hankel (*pro hac vice*)
Ryan Schletzbaum (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
T: 816.474.6550
F: 816.421.5547

Robert Reckers (*pro hac vice*)
David Morehan (*pro hac vice*)
Jared Tong (*pro hac vice*)
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2992
T: 713.227.8008
F: 713.227.9508

***Attorneys for Sprint***