# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

15-1989

**SPRINT COMMUNICATIONS COMPANY, L.P.,**

*Plaintiff - Appellant*

v.

**COMCAST CABLE COMMUNICATIONS, LLC, COMCAST IP PHONE, LLC,**

*Defendants - Appellees*

Appeal from the United States District Court for the District of Delaware in case no. 1:12-cv-01013-RGA
Judge Richard G. Andrews

## MANDATE

In accordance with the judgment of this Court, entered January 11, 2017, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court